UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GIOVANNI K. VEGA,

      Petitioner,

v.                                         CASE NO. 6:03-cv-1862-Orl-31JGG

JAMES CROSBY, JR., et al.,

      Respondents.

_____

## <u>ORDER</u>

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 19, filed November 7, 2005) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.     Petitioner's Request for a Certificate of Appealability (Doc. No. 18, filed November 7, 2005) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 10th day of November, 2005.

Copies to:
sa 11/10
Counsel of Record
Giovanni K. Vega

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE